Memorandum Letter

May 25, 2017

Clerk of the Court
U.S. District Court, Nevada
330 Las Vegas Blvd. South, 1st Fl.
Las Vegas, NV 89101-7065

Re: U.S. v. Valladares-Fernandez
# 13-CR-424-LDG-VCF

Dear Clerk,

Several days ago, I received a government response to my letter, which the Court construed into a 28 U.S.C § 2255(f)(3). Accordingly, Rules governing 2255, I am requesting per Rule 4, 5(b) for a date to reply to the respondent's response. We have been on an institutional lockdown since 4-28-17 and are on some internal security movement which offset the normal scheduling, time frames for law library.

Request a date of June 12-16, 2018 to reply.

With Kind Regards,

Edwin Valladares-Fernandez

## Certificate of Service
(Mailing of Papers Served)

I certify that, prior to 5:00 p.m. on _05-25-2017_, I placed a true and correct copy(s) of the attached _Per 2255, Rule 5(b), Request Date To Reply_, together with all attachment, exhibits, and supporting papers by hand delivery to prison personnel, in accordance with **Houston v. Lack**, 487 U.S. 266, 272 (1988), with first class postage duly paid and affixed to the envelope(s), and with the envelope(s) addressed to:

1. Clerk of the Court
   U.S. District Court, Nevada
   333 Las Vegas Blvd., South, 1st Fl.
   Las

2. _____

Request Reply
Rule 5 date due
6/12-16/2017

_____
Edwin Valladares-Fernandez

## ORDER

IT IS SO ORDERED. The reply date is continued to Friday, June 16, 2017.

DATED this _8_ day of June, 2017.

_____
Lloyd D. George
U.S. District Judge

Kevin Wallaciares
87662-048
Federal correctional institution #1
X 3725
Lanto, CA 92301

SN BERNARDINO CA 923
21 MAY 2019 PM 4 L

Clerk of the court
U.S District court Nevada
333 Las Vegas Blvd, south, 1st fl
Las Vegas, NV 89101

89101-706934