# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

        Plaintiff,

v.

EDWIN VALLADARES-FERNANDEZ

        Defendant.

JUDGMENT

Case Number: 2:13-cr-00424-LDG-VCF

(Related case: 2:17-cv-03145-LDG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court construes the [47] Defendant's Motion to Review sentence as a 28 U.S.C. 2255 Motion to Vacate Sentence and Denies the motion. The Court also Denies the [46] Motion for Counsel. A certificate of appealability shall not issue.

2/3/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk